THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICELAND FOODS, INC., <br><br>   Plaintiff, <br><br> v. <br><br>RICELAND TRADING, LTD. d/b/a RICELAND FOODS LTD., and WISMETTAC ASIAN FOODS INC., d/b/a SEASIA, <br><br>   Defendants. | Case No. 2:20-CV-01170 BJR <br><br>**ORDER GRANTING PLAINTIFF RICELAND FOODS, INC.'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

Before the Court is Plaintiff Riceland Foods, Inc.'s Motion for Electronic Service of Process Pursuant to Federal Rule of Civil Procedure 4(f)(3) (Dkt. 10). The Court, having considered the underlying motion, all related filings, and the relevant law, hereby GRANTS Plaintiff Riceland Foods, Inc.'s Motion for Electronic Service of Process Pursuant to Federal Rule of Civil Procedure 4(f)(3).

Dated this 1st day of September 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge