HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICELAND FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICELAND TRADING, LTD d/b/a RICELAND FOODS LTD, and WISMETTAC ASIAN FOODS, INC, d/b/a SEASIA, <br><br> Defendants. | Case No. 2:20-cv-01170 BJR <br><br> **ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

The Court, having reviewed the Joint Stipulated Motion to Dismiss with Prejudice, and believing itself fully advised,

IT IS ORDERED THAT all claims of Plaintiff Riceland Foods, Inc. against Defendant Wismettac Asian Foods, Inc., d/b/a SEASIA are DISMISSED WITH PREJUDICE;

No claims or counterclaims as between Plaintiff Riceland Foods, Inc. and any Defendant other than Wismettac Asian Foods, Inc., d/b/a SEASIA are hereby dismissed; and

All Parties to the Joint Stipulated Motion to Dismiss with Prejudice shall bear their own costs, expenses, and attorney's fees.

Dated this 20th day of January, 2021

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge