THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICELAND FOODS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICELAND TRADING, LTD d/b/a RICELAND FOODS LTD, and WISMETTAC ASIAN FOODS, INC., d/b/a SEASIA,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01170 BJR<br><br>**ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

THIS MATTER comes before the Court on Plaintiff Riceland Foods, Inc.'s ("Plaintiff" or "Riceland") Motion for Default Judgment and Permanent Injunction ("Motion") pursuant to Federal Rule of Civil Procedure 55 and Local Civil Rule 55. Having considered Riceland's Motion, supporting declarations, and the record herein, the Court now finds and orders:

1. Plaintiff's Motion is GRANTED.

2. Plaintiff is entitled to an injunction pursuant to 15 U.S.C. § 1116(a). Accordingly, Defendant Riceland Foods Ltd., along with their employees, agents, officers, directors, shareholders, subsidiaries, related companies, affiliates, distributors, dealers, suppliers, and all those in active concert or participation with any of them, is permanently enjoined from the following:

a. Manufacturing, distributing, advertising, offering to sell, or selling any product using Riceland's brand or trademark, or which otherwise infringes Riceland's intellectual property;

b. Using any other false designation of origin or false description or representation or any other thing calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that Defendant Riceland Foods Ltd.'s products or activities are in any way sponsored, licensed or authorized by, or affiliated or connected with, Riceland;

c. Doing any other acts or things calculated or likely to cause confusion or mistake in the mind of the public or to lead purchasers, consumers, or investors to believe that the products or services promoted, offered, or sponsored by the Defendant Riceland Foods Ltd. come from Riceland, or are somehow licensed, sponsored, endorsed, or authorized by, or otherwise affiliated or connected with, Riceland;

d. Otherwise competing unfairly with Riceland; and

e. Assisting, aiding or abetting any other person or business entity engaged in or performing any of the activities listed above.

3. The Court hereby retains jurisdiction over this case for the purpose of enforcing this injunction and order, and for any supplemental proceedings that may be authorized by law.

IT IS SO ORDERED

DATED this 3rd day of March, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge